# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

MOHAMAD YOUSSEF HAMMOUD,

    Petitioner,

v.                             Case No. 23-CV-535

DODGE COUNTY SHERIFF SCHMIDT,

    Respondent.

## RECOMMENDATION AND ORDER

Mohamad Youssef Hammoud filed a petition for a writ of habeas corpus on April 27, 2023. He stated that he is a Lebanese citizen and was ordered removed on December 20, 2022, but yet he remained detained. (ECF No. 2 at 1, 7.) He asked that he either be promptly deported or released from custody.

The court screened his petition and noted that, at that point, his detention was presumptively reasonable under *Zadvydas v. Davis*, 533 U.S. 678, 701 (2001). The court stayed the petition and stated:

> If Hammoud remains in ICE custody after **June 20, 2023**, he may request that the court vacate its stay. **If by July 20, 2023, Hammoud fails to request that the stay be vacated, the court will recommend that his petition and this action be dismissed**. *See* 28 U.S.C. § 636(b).

(ECF No. 6 at 3 (emphasis in original).)

The court has heard nothing further from Hammoud. According to the U.S. Immigration and Customs Enforcement Online Detainee Locator System, https://locator.ice.gov/odls/, Hammoud is no longer in custody (A number 072454775 and country of birth Lebanon).

**IT IS THEREFORE RECOMMENDED** that Hammoud's petition and this action be dismissed.

**IT IS FURTHER ORDERED** that, in accordance with 28 U.S.C. § 636(b)(1)(B) and (C) and Fed. R. Civ. P. 72(b)(2), any written objections to any recommendation herein or part thereof shall be filed within fourteen days of service of this recommendation. Failure to timely object waives a party's right to review.

Dated at Milwaukee, Wisconsin this 24th day of July, 2023.

WILLIAM E. DUFFIN
U.S. Magistrate Judge

2
Case 2:23-cv-00535-BHL   Filed 07/24/23   Page 2 of 2   Document 7